IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | * | |
| Plaintiff, | * | |
| vs. | * | Civil Action No. 08-0643-CG-B |
| **RICHARD C. CARMICHAEL,** | * | |
| Defendant. | * | |

## **DEFAULT JUDGMENT**

Default having been entered by the Clerk of Court as to Defendant, Richard, C. Carmichael, on January 27, 2009 (Doc. 6) in accordance with Rule 55(a) of the Federal Rules of Civil Procedure, and counsel for Plaintiff having requested judgment against defaulted Defendant (Doc. 7), and having filed a proper unsworn declaration as to the amount due;

It is hereby **ORDERED** and **ADJUDGED** that pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, **JUDGMENT** is rendered in favor of the United States of America, and against Richard C. Carmichael in the amount of $3,485.78 (principal of $2,809.70, prejudgment interest at 4.21% per annum in the amount of $676.08 through July 29, 2008, and administrative costs of $0.00), plus prejudgment interest at $4.21% per annum ($0.32 per day) from July 29, 2008, through the date of judgment, and post judgment interest at the legal rate of 0.51% pursuant to the provision of Title 28, United States Code, Section 1961, until paid in full, and court costs.

**DONE** and **ORDERED** this 4th day of February, 2009.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE